Case 1:21-cv-01160-JHR-SMV   Document 6   Filed 03/11/22   Page 1 of 6

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 11 2022

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| DOUGLAS MURRAY SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>SANTA FE GOLD CORPORATION, a Delaware corporation; and MINERAL ACQUISITIONS, LLC, a New Mexico limited liability company,<br><br>Defendants. | No. 1:21-CV-01160-JHR-SMV<br><br><br><br>Jury Trial: Yes |

## ORDER FOR SERVICE OF NOTICE AND WAIVER

Comes now, Plaintiff, DOUGLAS MURRAY SANDERS ("Sanders") moves the court to SERVE Debtors/ Defendants as they continue to avoid service of process and refuse all certified mail. They know of this case and have decided not to respond. Please proceed as detailed in Honorable Stephan M. Vidmar's memorandum filed December 2021. (See Exhibit A/ refusal from defendants)

Respectfully submitted this March 9, 2022

"Without prejudice UCC1-308"

*[signature]*

Douglas Murray Sanders, Pro Se

120 S. Houghton Rd. Ste. 138-257

Tucson, Arizona 85748

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March Two Thousand Twenty-Two (2022), the foregoing document was served on the parties listed via U.S. Mail in accordance with the laws of the State of Arizona and New Mexico, on this day.



"Without Prejudice UCC 1-308" Douglas Murray Sanders


**By deposit U.S. Mail as required to:**

MARC M. LOWRY, a KNOWN ATTORNEY FOR DEFENDANTS

500 4th Street NW, Suite 400

Albuquerque, New Mexico 87102


SANTA FE GOLD CORPORATION

3544 Rio Grande Blvd. NW

Albuquerque, NM 87107


And

Mineral Acquisitions, LLC.

3544 Rio Grande Blvd., NW

Albuquerque, NM 87107

Exhibit A  (Waiver/ Service Refusal)





Sanders Douglas
120 S. Houghton Rd. Ste. 138-257
Tucson, AZ USA 85748

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 11 2022

MITCHELL R. ELFERS
CLERK

US District Court
District of New Mexico
Attn: Clerk of Court
Pete V. Domenici U.S. Courthouse
333 Lomas Blvd NW, Suite 270
Albuquerque, NM 87102

$1.56
R2303S102593-07
87102