IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DOUGLAS MURRAY SANDERS,**

**Plaintiff,**

**v.**                                                                          **No. 21-cv-1160 SMV**

**SANTA FE GOLD CORPORATION and**
**MINERAL ACQUISITIONS, LLC,**

**Defendants.**

## ORDER FOR SERVICE OF PROCESS BY
## THE UNITED STATES MARSHALS SERVICE

THIS MATTER is before the Court on Plaintiff's Motion for Service of Notice and Waiver [Doc. 6], filed on March 11, 2022.  Plaintiff proceeds pro se and *in forma pauperis* pursuant to 28 U.S.C. § 1915.  He asks the Court's officers to effect service on Defendants.  [Doc. 6].  The Motion will be granted.

Plaintiff filed his Compliant on December 3, 2021.  [Doc. 1].  On December 8, 2021, the Court Clerk issued and mailed the necessary documents to Defendants, requesting that they waive service.  *See* [Doc. 4].  Neither Defendant has waived service or appeared in this action.[1] Accordingly, Plaintiff asks the Court to arrange for service, [Doc. 6], which is warranted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that summonses be issued by the Court Clerk, and that the United States Marshal effect service of the summonses, the

---

[1] Under Fed. R. Civ. P. 4(d)(2), the Court must impose costs of service on a defendant who, without good cause, does not comply with a request to waive service.

Complaint [Doc. 1], and a copy of this Order on Defendants.  *See* Fed. R. Civ. P. 4(c)(3).  The

service of the summonses and complaint shall be at no cost to Plaintiff.

**IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**